**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Two Deluna, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Cafe NOLA** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-5003055** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **400 Quietwater Beach Rd**<br>**Pensacola Beach, FL 32561**<br>Number, Street, City, State & ZIP Code | **PO Box 467**<br>**Pensacola, FL 32591**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Escambia**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Two Deluna, LLC**                                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | **Northern District of Florida Pensacola Division** | When | **3/01/19** | Case number | **19-30205-JCO** | |
| District | _____ | When | _____ | Case number | _____ | |

Debtor      **Two Deluna, LLC**                                          Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor  _____    Relationship  _____

District  _____  When  _____    Case number, if known  _____

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**        .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Two Deluna, LLC**
Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☑ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Two Deluna, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  2, 2022**
MM / DD / YYYY

**X /s/ Johnny Chisholm**                    **Johnny Chisholm**
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X /s/ J. Steven Ford**                    Date **November  2, 2022**
Signature of attorney for debtor    MM / DD / YYYY

**J. Steven Ford**
Printed name

**Wilson, Harrell, Farrington, Ford, et, al**
Firm name

**307 S. Palafox Street**
**Pensacola, FL 32502**
Number, Street, City, State & ZIP Code

Contact phone    **850-438-1111**    Email address    **sford@wilsonharrell.com**

**512869 FL**
Bar number and State

INCLUDES LATE ELECTION(S) FILED PURSUANT TO REV. PROC. 2013-30.

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2021**

For calendar year 2021 or tax year beginning _____ , ending _____

| A S election effective date | | Name | | D Employer identification number |
|---|---|---|---|---|
| 01/01/2021 | TYPE | TWO DELUNA LLC | | **[████]3055** |
| B Business activity code number (see instructions) | OR | Number, street, and room or suite no. If a P.O. box, see instructions. | | E Date incorporated |
| 722511 | PRINT | PO BOX 467 | | 01/01/2021 |
| C Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code | | F Total assets (see instructions) |
| | | PENSACOLA, FL 32591 | | $ 234,233. |

G  Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☒ Yes ☐ No
H  Check if: (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change   (4) ☐ Amended return   (5) ☐ S election termination
I   Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . ► 1
J   Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales . . . . . . . . . . . . . . . . | 1a | 2,334,521. | | |
| | b | Returns and allowances . . . . . . . . . . . . . . . | 1b | | | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . | | | 1c | 2,334,521. |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . | | | 2 | 1,085,702. |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . | | | 3 | 1,248,819. |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . | | | 4 | |
| | 5 | Other income (loss) (see instructions – attach statement) . . . . . . . . . . . | | | 5 | 570. |
| | 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . ► | | | 6 | 1,249,389. |
| **Deductions (see instructions for limitations)** | 7 | Compensation of officers (see instructions – attach Form 1125-E) . . . . . . | | | 7 | 59,800. |
| | 8 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . | | | 8 | 607,704. |
| | 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 9 | 14,432. |
| | 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 10 | |
| | 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 11 | 66,077. |
| | 12 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 12 | 79,795. |
| | 13 | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | | | 13 | 6,419. |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . . . . . . | | | 14 | 21,324. |
| | 15 | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . . . . . | | | 15 | |
| | 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 16 | 56,100. |
| | 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . | | | 17 | |
| | 18 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . | | | 18 | |
| | 19 | Other deductions (attach statement) . . . . . . . . . . . . . . . . . . . . | | | 19 | 272,783. |
| | 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . ► | | | 20 | 1,184,434. |
| | 21 | Ordinary business income (loss). Subtract line 20 from line 6 . . . . . . . . | | | 21 | 64,955. |
| **Tax and Payments** | 22a | Excess net passive income or LIFO recapture tax (see instructions) . . . . | 22a | | | |
| | b | Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . . . | 22b | | | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . . . . . . . . . | | | 22c | 0. |
| | 23a | 2021 estimated tax payments and 2020 overpayment credited to 2021 . . | 23a | | | |
| | b | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . | 23b | | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . | 23c | | | |
| | d | Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . . . . . . | | | 23d | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . ► ☐ | | | 24 | |
| | 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . . . . . . | | | 25 | 0. |
| | 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . . . . | | | 26 | |
| | 27 | Enter amount from line 26: Credited to 2022 estimated tax ► _____ Refunded ► | | | 27 | 0. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| ▶ | Signature of officer | Date | Title | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|---|

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | GENA M HAYES | | | | P00169364 |
| | Firm's name ► ACCOUNTING CONCEPTS & TAX SVCS | | | Firm's EIN ►20-5487511 | |
| | Firm's address PO BOX 1526, GULF BREEZE, FL 32562 | | | Phone no. (850)346-1836 | |

For Paperwork Reduction Act Notice, see separate instructions.   Form **1120-S** (2021)
UYA

Form 1120-S (2021)   **TWO DELUNA LLC**   ████ 3055   Page **2**

| Schedule B | Other Information (see instructions) | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | **Yes** | **No** |

1   Check accounting method:   a ☒ Cash   b ☐ Accrual
      c ☐ Other (specify) ▶ _____

2   See the instructions and enter the:
   a   Business activity ▶ **RESTAURANT** _____ b Product or service ▶ **FOOD SERVICES** _____

3   At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a
      nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . ▶ . . . . ┊ . . | | **X**

4   At the end of the tax year, did the corporation:

a   Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any
      foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v)
      below. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) e 100%, Enter the Date (if applicable) a Qualified Subchapter Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

b   Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or
      capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a
      trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . | | **X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

5a   At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . | | **X**
      If "Yes," complete lines (i) and (ii) below.
      (i)  Total shares of restricted stock . . . . . . . ▶ 0
      (ii)  Total shares of non-restricted stock . . . . . ▶ 0

b   At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . | | **X**
      If "Yes," complete lines (i) and (ii) below.
      (i)  Total shares of stock outstanding at the end of the tax year   ▶  0
      (ii)  Total shares of stock outstanding if all instruments were executed  ▶  0

6   Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide
      information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **X**

7   Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . ▶ ☐
      If checked, the corporation may have to file  **Form 8281**, Information Return for Publicly Offered Original Issue Discount
      Instruments.

8   If the corporation (a) was a C corporation before it elected to be an S corporation or  the corporation acquired an
      asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in
      the hands of a C corporation, and (b) has net unrealized built-in gain in excess of the net recognized built-in gain
      from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years.
      See instructions. . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

9   Did the corporation have an election under section 163(j) for any real property trade or business or any farming business
      in effect during the tax year? See Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **X**

10   Does the corporation satisfy one or more of the following? See Instructions . . . . . . . . . . . . . . . . . . . . . . . | | **X**
   a   The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
   b   The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years
         preceding the current tax year are more than $26 million and the corporation has business interest expense.
   c   The corporation is a tax shelter and the corporation has business interest expense.
         If "Yes," complete and attach Form 8990.

11   Does the corporation satisfy both of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **X**
   a   The corporation's total receipts (see instructions) for the tax year were less than $250,000.
   b   The corporation's total assets at the end of the tax year were less than $250,000.
         If "Yes," the corporation is not required to complete Schedules L and M-1.

UYA   Form **1120-S** (2021)

Form 1120-S (2021)   **TWO DELUNA LLC**                                         3055   Page **3**

## Schedule B   Other Information   (see instructions) (continued)

|  |  | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
|  | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . ▶ $ |  |  |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . . . . . . |  | X |
| 14a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?. . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
|  | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . ▶ $ |  |  |

## Schedule K   Shareholders' Pro Rata Share Items

|  |  |  | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 64,955. |
| | 2 | Net rental real estate income (loss) (attach Form 8825). . . . . . . . . . . . . . . . . . . . . | **2** | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . . . . . . . . . . . | 3a | | | |
| | b | Expenses from other rental activities (attach statement) . . . . . . . . . | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . . . . . . . . . . . | **3c** | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | 5 | Dividends:  a Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5a** | |
| | | b Qualified dividends . . . . . . . . . . . . . . . . | 5b | | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)). . . . . . . . . . . . . . . | **7** | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . . . . . | **8a** | |
| | b | Collectibles (28%) gain (loss). . . . . . . . . . . . . . | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . . . . | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797). . . . . . . . . . . . . . . | **9** | |
| | 10 | Other income (loss) (see instructions) . . . . . . . Type ▶ | **10** | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562). . . . . . . . . . . . . . . . . . . . . . | **11** | 391. |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12a** | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . | **12b** | |
| | c | Section 59(e)(2) expenditures . . . . . . . . . Type ▶ | **12c** | |
| | d | Other deductions (see instructions) . . . . . . . . . . Type ▶ | **12d** | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . | **13a** | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . | **13b** | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . . . . . | **13c** | |
| | d | Other rental real estate credits (see instructions). . . . Type ▶ | **13d** | |
| | e | Other rental credits (see instructions). . . . . . . . . Type ▶ | **13e** | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . . . . . . . . . . | **13f** | |
| | g | Other credits (see instructions). . . . . . . . . . . . Type ▶ | **13g** | |
| **International Transactions** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance. . . . . . . ▶ ☐ |  | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15a** | 1,774. |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15b** | |
| | c | Depletion (other than oil and gas). . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15c** | |
| | d | Oil, gas, and geothermal properties—gross income . . . . . . . . . . . . . . . . . . . . . . | **15d** | |
| | e | Oil, gas, and geothermal properties—deductions . . . . . . . . . . . . . . . . . . . . . . | **15e** | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15f** | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16a** | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16b** | |
| | c | Nondeductible expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16c** | 494. |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . . . . . . . . . . . . . | **16d** | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . . . . . . . . . | **16e** | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16f** | |

UYA                                                                           Form **1120-S** (2021)

Form 1120-S (2021)  **TWO DELUNA LLC**      3055   Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | | | Total amount |
|---|---|---|---|---|---|
| **Other Information** | 17a Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 17a | |
| | b Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . . . . | | | 17c | |
| | d Other items and amounts (attach statement) | | | | |
| **Recon-ciliation** | 18 **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . . . . . . | | | 18 | 64,564. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . . . . . . | | 27,370. | | 1,868. |
| 2a | Trade notes and accounts receivable . . . . . . . | | | | |
| b | Less allowance for bad debts. . . . . . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . . . . . . . . . | | 14,700. | | 32,755. |
| 4 | U.S. government obligations . . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . . | | 1,030. | | 745. |
| 7 | Loans to shareholders . . . . . . . . . . . . | | | | 123,577. |
| 8 | Mortgage and real estate loans . . . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . . | 71,101. | | 127,463. | |
| b | Less accumulated depreciation. . . . . . . . . | ( 31,405. ) | 39,696. | ( 53,120. ) | 74,343. |
| 11a | Depletable assets . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . | | | | |
| b | Less accumulated amortization . . . . . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . . . . . | | 945. | | 945. |
| 15 | Total assets. . . . . . . . . . . . . . . . . | | 83,741. | 7 | 234,233. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) . . . . | | 253,163. | | 215,246. |
| 19 | Loans from shareholders. . . . . . . . . . . . | | 3,428. | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 56,419. | | 43,701. |
| 21 | Other liabilities (attach statement). . . . . . . . | | | | |
| 22 | Capital stock . . . . . . . . . . . . . . . . | | 100. | | 100. |
| 23 | Additional paid-in capital . . . . . . . . . . . | | | | |
| 24 | Retained earnings . . . . . . . . . . . . . . | | -229,369. | | -24,814. |
| 25 | Adjustments to shareholders' equity (attach stmt.) | | | | |
| 26 | Less cost of treasury stock. . . . . . . . . . . | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity . . . . . | | 83,741. | | 234,233. |

UYA            Form **1120-S** (2021)

Form 1120-S (2021)  **TWO DELUNA LLC**  3055  Page 5

**Schedule M-1**  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . | 204,555. | 5  Income recorded on books this year not |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, | | included on Schedule K, lines 1 through 10 |
| | 5a, 6, 7, 8a, 9, and 10, not recorded on books this | | (itemize): |
| | year (itemize) _____ | | a Tax-exempt interest $ _____ |
| | | | Stmt. attached   140,475. |   140,475. |
| 3 | Expenses recorded on books this year not | | 6  Deductions included on Schedule K, lines |
| | included on Schedule K, lines 1 through 12 | | 1 through 12 and 16f, not charged against |
| | and 16f (itemize): | | book income this year (itemize): |
| a | Depreciation $_____ | | a Depreciation $ _____ |
| b | Travel and entertainment $  ___ 484. | | 7  Add lines 5 and 6 . . . . . . . . . . . . . |   140,475. |
| | _____ |  484. | 8  Income (loss) (Schedule K, line 18). |
| 4 | Add lines 1 through 3 . . . . . . . . . . . . . | 205,039. | Subtract line 7 from line 4 . . . . . . . . . |   64,564. |

**Schedule M-2**  Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . . . . . | -229,369. | | | |
| 2 | Ordinary income from page 1, line 21 . . . . . . . | 64,955. | | | |
| 3 | Other additions . . . . . . . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 21 . . . . . . . . . . | ( ) | | | |
| 5 | Other reductions . . . . . . . . . . . . . | ( 875. ) | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . . . . . . | -165,289. | | | |
| 7 | Distributions . . . . . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -165,289. | | | |

UYA  Form **1120-S** (2021)

| Form **1125-A** | **Cost of Goods Sold** | ᵗ | ᵗ |
|---|---|---|---|

(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

**Name**  **TWO DELUNA LLC**

**Employer identification number** ****3055

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 1,118,457. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 1,118,457. |
| 7 | Inventory at end of year | 7 | 32,755. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions. | 8 | 1,085,702. |

9a  Check all methods used for valuing closing inventory:
   (i) ☒ Cost
   (ii) ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation.) ▶

b  Check if there was a writedown of subnormal goods ▶☐
c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶☐
d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |
e  If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions  ☐ Yes  ☒ No
f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation  ☐ Yes  ☒ No

For Paperwork Reduction Act Notice, see Instructions.          Form **1125-A** (Rev. 11-2018)
LIYA

Client Copy

Form **1125-E**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name

TWO DELUNA LLC

Employer Identification number

3055

Note: Complete Form 1125-E only if total receipts are $500,000 or more. See Instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1  CY WHITNEY | | 100.00 % | 100.0 % | % | 59,800. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | | |
|---|---|---|---|---|
| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | 59,800. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . | | **3** | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **4** | 59,800. |

For Paperwork Reduction Act Notice, see separate instructions.
UYA

Form **1125-E** (Rev. 10-2018)

671121

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**                                    **2021**
Department of the Treasury
Internal Revenue Service          For calendar year 2021, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**        ▶ See separate instructions.

**Part I    Information About the Corporation**

**A** Corporation's employer identification number
     **XX-XXX3055**

**B** Corporation's name, address, city, state, and ZIP code
TWO DELUNA LLC
PO BOX 467
PENSACOLA, FL 32591

**C** IRS Center where corporation filed return
OGDEN, UT 84201

**D** Corporation's total number of shares
Beginning of tax year .     **1.000000**
End of tax year .           **1.000000**

**Part II    Information About the Shareholder**

**E** Shareholder's identifying number
     **XXX-XX-XXXX**

**F** Shareholder's name, address, city, state, and ZIP code
CY WHITNEY
PO BOX 467
PENSACOLA, FL 32591

**G** Current year allocation percentage . . .     **100.0000 %**

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . **1.000000**
End of tax year . . . . . . . . . . . **1.000000**

**I** Loans from shareholder
Beginning of tax year . . . . . . . $ __
End of tax year . . . . . . . . . . $ __

For IRS Use Only

---

**Part III    Shareholder's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| # | Item | # | Item |
|---|------|---|------|
| 1 | Ordinary business income (loss) **64,955.** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . ▶ ☐ |
| 6 | Royalties | 15 | Shareholder minimum tax (AMT) items **A** **1,774.** |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis **C** **484.** |
| 10 | Other income (loss) | | |
| | | 17 | Other Information **V\*** **STMT** |
| 11 | Section 179 deduction **391.** | | |
| 12 | Other deductions | | |
| 18 | More than one activity for at-risk purposes\* | | |
| 19 | More than one activity for passive activity purposes\* | | |

\* See attached statement for additional information.

## Statement A - QBI Pass-through Entity Reporting

| Corporation's name: TWO DELUNA LLC | | Corporation's EIN: 3055 |
|---|---|---|
| Shareholder's name: CY WHITNEY | Shareholder's identifying number | |

| | | Trade or Business |
|---|---|---|
| | | EIN 3055 |
| | | ☐ PTP |
| | | ☐ Aggregated |
| Shareholder's share of: | | ☐ SSTB |

QBI or qualified PTP items subject to shareholder-specific determinations:

| | | |
|---|---|---|
| Ordinary business income (loss) | | 64,955. |
| Rental income (loss) | | |
| Royalty income (loss) | | |
| Section 1231 gain (loss) | | |
| Other income (loss) | | |
| Section 179 deduction | | 391. |
| Other deductions | | |
| W-2 wages | | 667,504. |
| UBIA of qualified property | | 127,463. |
| Section 199A dividends | | |

## Statement C - QBI Pass-through Entity Reporting -
## Patrons of Specified Agricultural and Horticultural Cooperatives

| Corporation's name: | | Corporation's EIN: |
|---|---|---|
| Shareholder's name: | Shareholder's identifying number: | |

| | | Cooperative |
|---|---|---|
| | | EIN: |
| | | ☐ PTP |
| | | ☐ Aggregated |
| Shareholder's share of: | | ☐ SSTB |

QBI items allocable to qualified payments subject to shareholder-specific determinations:

| | | |
|---|---|---|
| Ordinary business income (loss) | | |
| Rental income (loss) | | |
| Royalty income (loss) | | |
| Section 1231 gain (loss) | | |
| Other income (loss) | | |
| Section 179 deduction | | |
| Other deductions | | |
| W-2 wages allocable to qualified payments | | |
| Section 199A(g) deduction | | |

## Schedule K-1 - Supplemental Information

Supporting Statement for Schedule K-1

**Corporation:** TWO DELUNA LLC        **EIN:** ███████3055

**Shareholder:** CY WHITNEY        **ID Number:** ████████████

| **Description** | **Amount** |
| --- | --- |
| Nonpassive ordinary income included in line 1 | $64,955. |

| Form **4562** | | **Depreciation and Amortization** (Including Information on Listed Property) ▶ Attach to your tax return. | | OMB No. 1545-0172 **2021** |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| TWO DELUNA LLC | RESTAURANT | ██████3055 |

**Part I** Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | 1 | 1,050,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . | 2 | 56,362. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . . . . | 3 | 2,620,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0-. . . . . . . . . . . . . . . | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 1,050,000. |

| 6 | (a) Description of property | (b) Cost (bus ness use only) | (c) Elected cost | |
|---|---|---|---|---|
| | KITCHEN EQUIPMENT - RESTAURANT | 977. | 391. | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29. . . . . . . . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7. . . . . . . . . . | 8 | 391. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . . . . . | 9 | 391. |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562. . . . . . . . . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | 64,955. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . . | 12 | 391. |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, loss line 12. . . . ▶ | 13 | | |

Note: Don't use Part I or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | 4,464. |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS)). . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |

**Part III** MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 . . . . . . . . . | 17 | 10,443. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here. . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |

Section B—Assets Placed in Service During 2021 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 3,972. | 5 yrs | HY | 200 DB | 795. |
| c 7-year property | | 36,876. | 7 yrs | HY | 200 DB | 5,267. |
| d 10-year property | | | | | | |
| e 15-year property | | 10,659. | 15 yr | HY | S/L | 355. |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| I Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

Section C—Assets Placed In Service During 2021 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . . . . | 22 | 21,324. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs. . . . . . . . . . . | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.
UYA

Form **4562** (2021)

| Form **7203**<br>(December 2021)<br>Department of the Treasury<br>Internal Revenue Service | **S Corporation Shareholder Stock and Debt Basis Limitations**<br>▶ Attach to your tax return<br>▶ Go to www.irs.gov/Form7203 for instructions and the latest information. | OMB No. 1545-2302<br>**2021**<br>Attachment<br>Sequence No. **203** |
|---|---|---|

Name(s) shown on return **CY WHITNEY** | Identifying number

Name of S corporation **TWO DELUNA LLC** | Employer identification number **3055**

Stock block (see instructions) ▶

### Part I  Shareholder Stock Basis

| | | | |
|---|---|---|---:|
| 1 | Stock basis at the beginning of the corporation's tax year | 1 | 0. |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year | 2 | |
| 3a | Ordinary business income (enter losses in Part III) | 3a | 64,955. |
| b | Net rental real estate income (enter losses in Part III) | 3b | |
| c | Other net rental income (enter losses in Part III) | 3c | |
| d | Interest income | 3d | |
| e | Ordinary dividends | 3e | |
| f | Royalties | 3f | |
| g | Net capital gains (enter losses in Part II) | 3g | |
| h | Net section 1231 gain (enter losses in Part III) | 3h | |
| i | Other income (enter losses in Part III) | 3i | |
| j | Excess depletion adjustment | 3j | |
| k | Tax-exempt income | 3k | |
| l | Recapture of business credits | 3l | |
| m | Other items that increase stock basis | 3m | |
| 4 | Add lines 3a through 3m | 4 | 64,955. |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 | 5 | 64,955. |
| 6 | Distributions (excluding dividend distributions) | 6 | |
| | **Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions. | | |
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 | 7 | 64,955. |
| 8a | Nondeductible expenses | 8a | 484. |
| b | Depletion for oil and gas | 8b | |
| c | Business credits (sections 50(c)(1) and (5)) | 8c | |
| 9 | Add lines 8a through 8c | 9 | 484. |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | 10 | 64,471. |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) | 11 | |
| 12 | Debt basis restoration (see net increase in instructions for line 23) | 12 | |
| 13 | Other items that decrease stock basis | 13 | |
| 14 | Add lines 11, 12, and 13 | 14 | |
| 15 | Stock basis at the end of the corporation's tax year. Subtract line 14 from line 10. If the result is zero or less, enter -0- | 15 | 64,471. |

### Part II  Shareholder Debt Basis

#### Section A - Amount of Debt (If more than three debts, see instructions.)

| Description | Debt 1<br>☐ Formal note<br>☐ Open account<br>debt | Debt 2<br>☐ Formal note<br>☐ Open account<br>debt | Debt 3<br>☐ Formal note<br>☐ Open account<br>debt | Total |
|---|---|---|---|---|
| 16 Loan balance at the beginning of the corporation's tax year | | | | |
| 17 Additional loans (see instructions) | | | | |
| 18 Loan balance before repayment. Combine lines 16 and 17 | | | | |
| 19 Principal portion of debt repayment (this line doesn't include interest) | ( ) | ( ) | ( ) | ( ) |
| 20 Loan balance at the end of the corporation's tax year. Combine lines 18 and 19 | | | | |

For Paperwork Reduction Act Notice, see separate instructions.
LYA

Form **7203** (12-2021)

Form 7203 (12-2021)                  Page **2**

**Part II**    Shareholder Debt Basis *(continued)*

### Section B - Adjustments to Debt Basis

| | Description | Debt 1 | Debt 2 | Debt 3 | Total |
|---|---|---|---|---|---|
| 21 | Debt basis at the beginning of the corporation's tax year | | | | |
| 22 | Enter the amount, if any, from line 17 . . . . . . . . . . . . . | | | | ↓ |
| 23 | Debt basis restoration (see instructions) . . . . . . . . . . . | | | | |
| 24 | Debt basis before repayment. Combine lines 21, 22, and 23 . . | | | | |
| 25 | Divide line 24 by line 18 . . . . . . . . . . . . . . . . . . . | 0.000000 | 0.000000 | 0.000000 | 0.000000 |
| 26 | Nontaxable debt repayment. Multiply line 25 by line 19 . . . . | | | | |
| 27 | Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 . . . . . . . . . . . . . . . . . | | | | |
| 28 | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis . . . . . . . . . . . . . | | | | |
| 29 | Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- . . . . . . . | | | | |
| 30 | Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) . . . . . . . . . . . . . . . | | | | |
| 31 | **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |

### Section C - Gain on Loan Repayment

| | | | | | |
|---|---|---|---|---|---|
| 32 | Repayment. Enter the amount from line 19 . . . . . . . . . | | | | |
| 33 | Nontaxable repayments. Enter the amount from line 26 . . . | | | | |
| 34 | Reportable gain. Subtract line 33 from line 32 . . . . . . . | | | | |

**Part III**    Shareholder Allowable Loss and Deduction Items

| | Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|---|
| 35 | Ordinary business loss . . . . . . . . . . . . . . . . . | | | | | |
| 36 | Net rental real estate loss . . . . . . . . . . . . . . . | | | | | |
| 37 | Other net rental loss . . . . . . . . . . . . . . . . . . | | | | | |
| 38 | Net capital loss . . . . . . . . . . . . . . . . . . . . | | | | | |
| 39 | Net section 1231 loss . . . . . . . . . . . . . . . . . | | | | | |
| 40 | Other loss . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| 41 | Section 179 deductions . . . . . . . . . . . . . . . . | 391. | | | | 391. |
| 42 | Charitable contributions . . . . . . . . . . . . . . . . | | | | | |
| 43 | Investment interest expense . . . . . . . . . . . . . . | | | | | |
| 44 | Section 59(e)(2) expenditures . . . . . . . . . . . . . | | | | | |
| 45 | Other deductions . . . . . . . . . . . . . . . . . . . | | | | | |
| 46 | Foreign taxes paid or accrued . . . . . . . . . . . . . | | | | | |
| 47 | **Total loss.** Combine lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 . . . . . . . . . . . . . . . . . . . . . . . | 391. | | | | 391. |

DYA                                      Form **7203** (12-2021)

# 2021  Other Income - Supporting Details for Form 1120-S, Line 5

Name(s) shown on return
**TWO DELUNA LLC**

Employer Identifying number
████████3055

| # | Description | | Amount |
|---|---|---|---|
| 1. | SALES TAX DISCOUNTS | 1 | 270. |
| 2. | SPONSORSHIP | 2 | 300. |
| 3. | | 3 | |
| 4. | | 4 | |
| 5. | | 5 | |
| 6. | | 6 | |
| 7. | | 7 | |
| 8. | | 8 | |
| 9. | | 9 | |
| 10. | | 10 | |
| 11. | | 11 | |
| 12. | | 12 | |
| 13. | | 13 | |
| 14. | | 14 | |
| 15. | | 15 | |
| 16. | | 16 | |
| 17. | | 17 | |
| 18. | | 18 | |
| 19. | | 19 | |
| 20. | | 20 | |
| 21. | | 21 | |
| 22. | | 22 | |
| 23. | | 23 | |
| 24. | | 24 | |
| 25. | | 25 | |
| 26. | | 26 | |
| 27. | | 27 | |
| 28. | | 28 | |
| 29. | | 29 | |
| 30. | | 30 | |
| 31. | | 31 | |
| 32. | | 32 | |
| 33. | | 33 | |
| 34. | | 34 | |
| 35. | | 35 | |
| 36. | | 36 | |
| 37. | | 37 | |
| 38. | | 38 | |
| 39. | | 39 | |
| 40. | | 40 | |
| 41. | | 41 | |
| 42. | | 42 | |
| 43. | | 43 | |
| 44. | | 44 | |

Total Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        570.

# 2021 Other Deductions - Supporting Details for Form 1120-S, Line 19

| Name(s) shown on return | Employer identifying number |
|---|---|
| TWO DELUNA LLC | 8055 |

| | | | |
|---|---|---|---|
| 1. | Bank fees | 1 | 7,400. |
| 2. | Contracted services and independent contractor exp. | 2 | 6,614. |
| 3. | Credit card convenience fees | 3 | 5,027. |
| 4. | Insurance | 4 | 5,020. |
| 5. | Legal and professional fees | 5 | 11,100. |
| 6. | Postage | 6 | 1,956. |
| 7. | Professional dues and subscriptions | 7 | 5,432. |
| 8. | Supplies | 8 | 139,313. |
| 9. | Telephone | 9 | 2,852. |
| 10. | Deductible non-entertainment meals exp. subject to limits | 10 | 484. |
| 11. | Travel and non-entertainment meals expense not subject to limits | 11 | 377. |
| 12. | Utilities | 12 | 41,643. |
| 13. | AUTO EXPENSE | 13 | 7,102. |
| 14. | CLEANING & SUPPLIES | 14 | 26,458. |
| 15. | COMPUTER EXPENSE | 15 | 390. |
| 16. | OFFICE EXPENSE | 16 | 3,672. |
| 17. | STORAGE EXPENSE | 17 | 6,993. |
| 18. | UNIFORMS | 18 | 950. |
| 19. | | 19 | |
| 20. | | 20 | |
| 21. | | 21 | |
| 22. | | 22 | |
| 23. | | 23 | |
| 24. | | 24 | |
| 25. | | 25 | |
| 26. | | 26 | |
| 27. | | 27 | |
| 28. | | 28 | |
| 29. | | 29 | |
| 30. | | 30 | |
| 31. | | 31 | |
| 32. | | 32 | |
| 33. | | 33 | |
| 34. | | 34 | |
| 35. | | 35 | |
| 36. | | 36 | |
| 37. | | 37 | |
| 38. | | 38 | |
| 39. | | 39 | |
| 40. | | 40 | |
| 41. | | 41 | |
| 42. | | 42 | |
| 43. | | 43 | |
| 44. | | 44 | |
| 45. | | 45 | |
| 46. | | 46 | |
| 47. | | 47 | |
| 48. | | 48 | |
| 49. | | 49 | |
| 50. | | 50 | |
| 51. | | 51 | |
| 52. | | 52 | |
| 53. | | 53 | |
| 54. | | 54 | |
| | Total Other Deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 272,783. |

## Statement A - QBI Pass-through Entity Reporting

| Corporation's name: TWO DELUNA LLC | | Corporation's EIN: 3055 |
|---|---|---|
| Shareholder's name: | Shareholder's identifying number: | |

| | | **Trade or Business** |
|---|---|---|
| | | EIN 3055 |
| | | ☐ PTP |
| | | ☐ Aggregated |
| Shareholder's share of: | | ☐ SSTB |

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | |
|---|---|---|
| Ordinary business income (loss) | | 64,955. |
| Rental income (loss) | | |
| Royalty income (loss) | | |
| Section 1231 gain (loss) | | |
| Other income (loss) | | |
| Section 179 deduction | | 391. |
| Other deductions | | |
| W-2 wages | | 667,504. |
| UBIA of qualified property | | 127,463. |
| Section 199A dividends | | |

## Statement C - QBI Pass-through Entity Reporting - Patrons of Specified Agricultural and Horticultural Cooperatives

| Corporation's name: | | Corporation's EIN: |
|---|---|---|
| Shareholder's name: | Shareholder's identifying number: | |

| | | **Cooperative** |
|---|---|---|
| | | EIN: |
| | | ☐ PTP |
| | | ☐ Aggregated |
| Shareholder's share of: | | ☐ SSTB |

**QBI items allocable to qualified payments subject to shareholder-specific determinations:**

| | | |
|---|---|---|
| Ordinary business income (loss) | | |
| Rental income (loss) | | |
| Royalty income (loss) | | |
| Section 1231 gain (loss) | | |
| Other income (loss) | | |
| Section 179 deduction | | |
| Other deductions | | |
| W-2 wages allocable to qualified payments | | |
| Section 199A(g) deduction | | |

**2021**                    Schedule L - Current Assets

| Business Name | Federal Employer ID Number |
|---|---|
| TWO DELUNA LLC | 3055 |

| Description | Beginning of tax year | End of tax year |
|---|---|---|
| 1. MISC RECEIVABLE | 30. | 95. |
| 2. ADVANCES RECEIVABLE | 1,000. | 650. |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| Totals | 1,030. | 745. |



Schedule L - Other Assets

| Description | Beginning of tax year | End of tax year |
|---|---|---|
| 1. UTILITY DEPOSITS | 945. | 945. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| Totals | 945. | 945. |

**2021**                    **Schedule L - Current Liabilities**

| Business Name | Federal Employer ID Number |
|---|---|
| TWO DELUNA LLC | ████████8055 |

| Description | Beginning of tax year | End of tax year |
|---|---|---|
| 1. TIPS PAYABLE | 4,290. | 4,558. |
| 2. PAYROLL TAXES PAYABLE | 206,979. | 182,537. |
| 3. SALES TAX PAYABLE | 40,007. | 24,146. |
| 4. SRIA TAX PAYABLE | 1,887. | 4,005. |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| Totals | 253,163. | 215,246. |



**Schedule L - Other Liabilities**

| Description | Beginning of tax year | End of tax year |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| Totals | | |

# 2021     Schedule M-1 Income Reconciliation Worksheet

Name shown on Form 1120S                          Federal Employer ID Number

**TWO DELUNA LLC**                              3055

### Line 2: Income included on Schedule K not recorded on books this year

| # | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| Total | | |

### Line 3: Expenses recorded on books this year not included on Schedule K

| # | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| Total | | |

### Line 5: Income recorded on books this year not included on Schedule K

| # | Description | Amount |
|---|---|---|
| 1 | PPP FUNDS | 140,475. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| Total | | 140,475. |

### Line 6: Deductions included on Schedule K not charged against book income this year

| # | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| Total | | |

**2021**                    **Schedule M-2 Adjustments to AAA Worksheet**

| Name shown on Form 1120S | Federal Employer ID Number |
|---|---|
| TWO DELUNA LLC | 3055 |

Line 3: Other Additions to Accumulated Adjustment Account

**Description**                                                                                 Amount

| | |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| | Total |

Line 5: Other Reductions to Accumulated Adjustment Account

**Description**                                                                                 Amount

| | |
|---|---|
| 1. Nondeductible expenses | 484. |
| 2. Section 179 deduction | 391. |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| UYA | Total. | 875. |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Two Deluna, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**NORTHERN DISTRICT OF FLORIDA**</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Delta Bridge Funding** 18851 NE 2th Ave Aventure, FL 33180 | | Loan | | | | $83,400.00 |
| **Kalamata** 80 Broad Street Suite 1210 New York, NY 10004 | | | | | | $19,050.00 |
| **Kinetic, libertas Funding, LLC** 80 State Street Albany, NY 12207-2543 | | | | | | $58,456.00 |
| **Lifetime Funding** 585 Stewart Ave Suite L90 Garden City, NY 11530 | | | | | | $75,000.00 |
| **Wynwood** 20200 W Dixie Highway Miami, FL 33180 | | | | | | $95,000.00 |

Two Deluna, LLC
PO Box 467
Pensacola, FL 32591

Trinton Recovery Group
19790 W. Dixie Hwy
Suite 301
Aventura, FL 33180

J. Steven Ford
Wilson, Harrell, Farrington, Ford, et, al
307 S. Palafox Street
Pensacola, FL 32502

Wynwood
20200 W Dixie Highway
Miami, FL 33180

Delta Bridge Funding
18851 NE 2th Ave
Aventure, FL 33180

Harry and Susan Newkirk
400 Quitiewater Beach Road
Pensacola Beach, FL 32561

Harry and Susan Newkirk
400 Quietwater Beach Road
Pensacola Beach, FL 32561

IRS
Attn Bankruptcy
PO Box 7346
Philadelphia, PA 19101

Kalamata
80 Broad Street
Suite 1210
New York, NY 10004

Kinetic, libertas Funding, LLC
80 State Street
Albany, NY 12207-2543

Lifetime Funding
585 Stewart Ave
Suite L90
Garden City, NY 11530

# United States Bankruptcy Court
## Northern District of Florida

In re   **Two Deluna, LLC**

_____
Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Two Deluna, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  2, 2022**
_____
Date

**/s/ J. Steven Ford**
_____
**J. Steven Ford**
Signature of Attorney or Litigant
Counsel for   **Two Deluna, LLC**
_____
**Wilson, Harrell, Farrington, Ford, et, al**
**307 S. Palafox Street**
**Pensacola, FL 32502**
**850-438-1111 Fax:850-432-8500**
**sford@wilsonharrell.com**