UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA, FLORIDA

IN RE:

Two Deluna, LLC     Case No.: 22-30620-JCO
　　　　　　　　　　　Chapter 11 Subchapter V

　　Debtor-in-Possession.

---

## MOTION TO ADMINISTRATIVELY CLOSE SUBCHAPTER V CASE

Debtor, Two Deluna, LLC, hereby files this motion requesting the Court to administratively close the case pending completion of payments required under the subchapter V plan and in support thereof does state:

1. On April 11, 2023, the Court entered its Order Confirming the Debtor's Chapter 11 Subchapter V Plan [Doc. 85]. The Debtor has commenced payments required under the confirmed Plan.

2. Because the only activity to take place in this case is making payments under the confirmed Plan, the Debtor believes the case should be administratively closed until such time as Plan payments are completed at which time the Debtor can file a Motion to Reopen the Case for purposes of the entry of the Discharge Order to be followed by the entry of the Final Decree. This is a consensual plan, so the subchapter V Trustee will not be involved in the distribution of Plan payments.

3. Debtor's undersigned attorney has discussed this Motion with Conor McLaughlin who indicates that the U.S. Trustee has no objection to the Motion being granted, and to Jodi Dubose, subchapter V Trustee, who also has no objection.

WHEREFORE, the Debtor hereby requests the Court to enter its order administratively closing this case.

_____
J. Steven Ford, Esquire
Florida Bar Number 512869
Wilson, Harrell, Farrington, Ford,
Wilson, Spain, & Parsons, P.A.
307 South Palafox Street
Pensacola, FL 32502
(850) 438-1111 Telephone
(850) 432-8500 Facsimile
sford@wilsonharrell.com
melissa@wilsonharrell.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Conor McLaughlin, Jodi Dubose and all parties appearing of record on Debtor's Mailing Matrix and to the following, via EMC/ECF, by either regular U.S. Mail, postage prepaid, or electronic mail this 31 day of July 2023.

_____
J. Steven Ford

**22-30620-JCO Notice will be electronically mailed to:**

Adisley Cortez-Rodriguez on behalf of U.S. Trustee United States Trustee
adisley.m.cortez-rodriguez@usdoj.gov

Jodi D. Dubose
jdubose@srbp.com, jdubose.ecf@srbp.com

Jodi D. Dubose on behalf of Trustee Jodi D. Dubose
jdubose@srbp.com, jdubose.ecf@srbp.com

Jodi Daniel Dubose on behalf of Trustee Jodi D. Dubose
jdubose@srbp.com, jdubose.ecf@srbp.com;rthompson@srbp.com

J. Steven Ford on behalf of Debtor Two Deluna, LLC
jsf@whsf-law.com, melissa@whsf-law.com

Artice L McGraw on behalf of Creditor Donald Radomski
articelmcgraw@articelmcgraw.com

Artice L McGraw on behalf of Creditor Linda Radomski
articelmcgraw@articelmcgraw.com

Conor McLaughlin on behalf of U.S. Trustee United States Trustee
conor.mclaughlin@usdoj.gov

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

**22-30620-JCO Notice will not be electronically mailed to:**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 22-30620-JCO<br>Northern District of Florida<br>Pensacola<br>Mon Jul 31 10:22:08 EDT 2023 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Donald Radomski<br>Artice L McGraw, PA<br>820 N. 12th Ave<br>820 N. 12th Ave<br>Pensacola, FL 32501-3303 | Linda Radomski<br>Artice L McGraw, PA<br>820 N. 12th Ave<br>820 N. 12th Ave<br>Pensacola, FL 32501-3303 | Two Deluna, LLC<br>PO Box 467<br>Pensacola, FL 32591-0467 |
| (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 | U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326-1382 | *Delta Bridge Funding<br>18851 NE 2th Ave<br>Aventure, FL 33179 |
| *Kalamata<br>80 Broad Street<br>Suite 1210<br>New York, NY 10004-2800 | *Kinetic, libertas Funding, LLC<br>80 State Street<br>Albany, NY 12207-2541 | *Lifetime Funding<br>585 Stewart Ave<br>Suite L90<br>Garden City, NY 11530-4750 |
| *United States Trustee<br>c/o Conor J. McLaughlin<br>110 East Park Avenue, Suite 128<br>Tallahassee, FL 32301-7728 | *Wynwood<br>20200 W Dixie Highway<br>Miami, FL 33180-1918 | Berkovitch & Bouskila, PLLC<br>80 Broad St, Suite 3303<br>New York, NY 10004-2845 |
| Harry and Susan Newkirk<br>400 Quietwater Beach Road<br>Pensacola Beach, FL 32561-2059 | Harry and Susan Newkirk<br>400 Quitiewater Beach Road<br>Pensacola Beach, FL 32561-2059 | IRS<br>Attn Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kalamata Capital Group, LLC<br>80 Broad St, Suite 3303<br>New York, NY 10004-2845 | Linda and Donald Radomski<br>820 N 12th Ave<br>Pensacola, FL 32501-3303 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| Trinton Recovery Group<br>19790 W. Dixie Hwy<br>Suite 301<br>Aventura, FL 33180-2293 | United States Trustee +<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | J. Steven Ford +<br>Wilson, Harrell, Farrington<br>307 S. Palafox Street<br>Pensacola, FL 32502-5929 |
| Merrick B. Garland +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jodi Daniel Dubose +<br>Stichter Riedel Blain & Postler, P.A.<br>41 N. Jefferson Street<br>Suite 111<br>Pensacola, FL 32502-5669 | Jodi D. Dubose +<br>Stichter Riedel Blain & Postler, P.A.<br>41 N. Jefferson St., Ste. 111<br>Pensacola, FL 32502-5669 | Conor McLaughlin +<br>DOJ-Ust<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |

```
Adisley Cortez-Rodriguez +              Artice L McGraw +
Office of the U.S. Trustee              Artice L. McGraw
110 East Park Avenue                    820 North Twelfth Avenue
Ste 128                                 Pensacola, FL 32501-3303
Tallahassee, FL 32301-7728
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
U.S. Attorney (Pensacola Office)        (d)U.S. Attorney (Tallahassee Office)
21 E. Garden Street #400                111 N. Adams Street
Pensacola, FL 32501                     Fourth Floor
                                        Tallahassee, FL 32301
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Jodi D. Dubose +                     End of Label Matrix
Stichter Riedel Blain & Postler, P.A.   Mailable recipients    31
41 N. Jefferson St., Ste. 111           Bypassed recipients     1
Pensacola, FL 32502-5669                Total                  32
```