# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:

Two Deluna LLC                                  Case No.: 22-30620-JCO

                                                Chapter 11 Subchapter V

Debtor-in-Possession.
_____

### ORDER GRANTING MOTION OF DEBTOR TO ADMINISTRATIVELY CLOSE SUBCHAPTER V CASE (DOC. 103)
_____

THIS MATTER having come before the Court upon the Motion of Debtor to Administratively Close Subchapter V Case Pending Completion of Plan Payments [Doc. 103] and the Court having considered the matter and noting that both the U.S. Trustee and the Subchapter V Trustee consent and noting that no objections were filed.

It is **ORDERED**:

1. The Motion of Debtor is hereby GRANTED.

2. The Chapter 11 Case of Two Deluna, LLC shall be administratively closed until such time as plan payments are completed at which time the Debtor shall

reopen the case for purposes of entry of a Discharge Order and Final Decree.

Dated: August 1, 2023

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

Attorney, J. Steven Ford, is directed to serve a copy of this order on all parties appearing on Debtor's mailing matrix and file a proof of service within three (3) days of entry of the order.

Prepared By: J. Steven Ford, Esq.